UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PRIMARY PRODUCTIONS LLC, on behalf of itself and all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC.<br><br>*Defendant*. | Civil Action No. 21-cv-00137-JDL |

**DECLARATION OF PETER J. BRANN IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE CONTAINED THEREIN**

I, Peter J. Brann, declare as follows:

1. I am a member of the bar of this Court and of the State of Maine (#002466), and I am a partner at the law firm Brann & Isaacson, counsel for Apple Inc. ("Apple") in the above-captioned action.

2. I provide this declaration in support of Apple's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted. I also provide this Declaration to authenticate the exhibits attached hereto.

3. All of the exhibits attached to this Declaration are relied upon throughout Plaintiff's Complaint. *See* Def. Apple Inc.'s Mot. to Dismiss at 3 n.1.

4. Attached to this Declaration as Exhibit A is a true and correct copy of the current Apple Developer Agreement. The Apple Developer Agreement is publicly available at the following url: https://developer.apple.com/support/downloads/terms/apple-developer-agreement/Apple-Developer-Agreement-20210607-English.pdf.

1

5. Attached to this Declaration as Exhibit B is a true and correct copy of the current Apple Developer Program License Agreement. The Apple Developer Program License Agreement is publicly available at the following URL: https://developer.apple.com/support/downloads/terms/apple-developer-program/Apple-Developer-Program-License-Agreement-20210607-English.pdf.

6. Attached to this Declaration as Exhibit C is a true and correct copy of the current App Store Review Guidelines. The App Store Review Guidelines are publicly available at the following url: https://developer.apple.com/app-store/review/guidelines/.

7. Attached to this Declaration as Exhibit D is a true and correct copy of the Second Amended Complaint in *Coronavirus Reporter v. Apple Inc.*, No. 1:21-cv-00047-LM (D.N.H. Apr. 26, 2021), ECF No. 27.

8. Attached to this Declaration as Exhibit E is a true and correct copy of the operative complaint in *Epic Games, Inc. v. Apple Inc.*, No. 4:20-cv-05640-YGR (N.D. Cal. Aug. 13, 2020), ECF No. 1.

9. Attached to this Declaration as Exhibit F is a true and correct copy of the operative complaint in *Cameron v. Apple Inc.*, No. 4:19-cv-03074-YGR (N.D. Cal. Sept. 30, 2019), ECF No. 53.

10. Attached to this Declaration as Exhibit G is a true and correct copy of the operative complaint in *SaurikIT, LLC v. Apple Inc.*, No. 4:20-cv-08733 (N.D. Cal. Dec. 10, 2020), ECF No. 1.

11. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 12, 2021, in Lewiston, Maine.

/s/ *Peter J. Brann*
Peter J. Brann