Keith Mathews
*Pro Hac Vice*
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PRIMARY PRODUCTIONS LLC
on behalf of itself and all others similarly situated

         Plaintiff,

vs.
APPLE INC.

         Defendant.

Case: 3:21-cv-6841-EMC

NOTICE OF NON-OPPOSITION
TO DISMISSAL WITHOUT
PREJUDICE

**PLAINTIFF'S NOTICE OF NON OPPOSITION TO DISMISSAL
OF CASE WITHOUT PREJUDICE**

In the interest of judicial economy, and to demonstrate a more clear pattern of small app developer claims, Plaintiff Primary Productions LLC joined as a party to the related case, *Coronavirus Reporter, et al. v. Apple* 3:21-cv-05567. Primary Productions' interests and claims are now represented in the recently filed Amended Complaint, said complaint being attached hereto.

While Primary Productions was undergoing joinder with the other case, Apple has filed a Motion to Dismiss, as well as a Motion to relate the cases. Apple had likewise filed (and subsequently withdrew) a Motion to Dismiss in *Coronavirus Reporter*, which was largely identical to the MTD filed in this Primary Productions case.

To avoid motion practice, and in the interest of judicial economy, Primary Productions notices that a dismissal without prejudice of this action (21-cv06841) is appropriate, under any of the following reasons:

1) Because Apple has represented to the Court that a similar MTD is no longer applicable to the

pre-Amended Complaint claims, the Court may deem the presently filed MTD likewise inapplicable, and close out this case.

2) This notice may be construed as assent to dismiss the case, without prejudice, because it has been superseded and no longer contains any active claims.

3) Likewise, FRCP 41(a)(1)(A)(i) could be invoked, with Plaintiff Primary Productions' consent, if the Court so prefers.

4) Alternatively, this case may be stayed pending adjudication of *Coronavirus Reporter*.

Respectfully submitted, this 15th day of September 2021.

/s/ Keith Mathews
Keith Mathews
NH Bar No. 20997
Associated Attorneys of New England
PO Box 278
Manchester, NH 03105
Ph. 603-622-8100
keith@aaone.law

## CERTIFICATE OF SERVICE

I, Keith Mathews, do declare as follows:

I certify that a copy of the foregoing was delivered electronically to counsel for the Defendants with counsel, and emailed to those without known counsel.

Executed on this 15th day of September 2021.

/s/ Keith Mathews
Keith Mathews
Attorney for Plaintiff