GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
  mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
  rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
  jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMARY PRODUCTIONS LLC, on behalf of itself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:21-CV-6841-EMC<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO THE CLERK'S SEPTEMBER 15, 2021 NOTICE** |

In response to the September 15, 2021 Clerk's Notice (Dkt. 37), Defendant Apple Inc. states that it has no objection to construing Plaintiff's Non-Opposition to Dismissal Without Prejudice (Dkt. 36) as a notice of voluntary dismissal, nor does Apple object to the dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  For the avoidance of doubt, Apple disputes any suggestion in Plaintiff's Non-Opposition that Apple's pending motion to dismiss is "inapplicable" or that any relief other than dismissal of the case is appropriate here.  *See* Dkt. 36 at 1–2.

Dated: September 20, 2021                              Respectfully submitted,

By:  /s/ Rachel S. Brass
Rachel S. Brass

GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (SBN 212532)
 mperry@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
 rbrass@gibsondunn.com
JULIAN W. KLEINBRODT (SBN 302085)
 jkleinbrodt@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile:  (415) 374-8429

*Attorneys for Apple Inc.*